IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITY OF TACOMA<br><br>Plaintiff<br><br>v.<br><br>WORLDGATE COMMUNICATIONS, INC.<br><br>Defendant. | Civil Action No. 05-62 (GMS) |

### CERTIFICATE OF SERVICE

I certify that a copy of the Defendant's Brief in Reply to Plaintiff's Answer to Motion To Dismiss Plaintiff's Claim For Unjust Enrichment (Count III), Pursuant To FED. R. CIV. P. 12(b)(6) and accompanying Brief was served today by hand delivery upon:

> Adam Balick, Esquire
> Balick & Balick, LLC
> 711 North King Street
> Wilmington, Delaware 19801

Dated: March 16, 2005

David P. Primack (DE 4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
(302) 467-4200 tel.
(302) 467-4201 fax

Counsel for Defendant,
WorldGate Communications, Inc.