IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITY OF TACOMA<br><br>Plaintiff<br><br>v.<br><br>WORLDGATE COMMUNICATIONS, INC.<br><br>Defendant. | Civil Action No. 05-62 (GMS) |

**NOTICE OF COMPLETION OF BRIEFING**

Defendant, WorldGate Communications, Inc., by its attorney Drinker Biddle & Reath LLP, hereby submits this Notice of Completion of Briefing ("Certification"), concerning *Defendant's Motion to Dismiss Plaintiff's Claim for Unjust Enrichment (Count III), Pursuant to Fed. R. Civ. P. 12(b)(6)* (the "Motion to Dismiss").

1. On February 25, 2005, WorldGate Communications, Inc. filed, *Defendant's Motion to Dismiss Plaintiff's Claim for Unjust Enrichment (Count III), Pursuant to Fed. R. Civ. P. 12(b)(6)* (Dkt. Item 4) and its Memorandum of Law in Support of the Motion (D.I. 5).

2. On March 11, 2005, Plaintiff filed, *Plaintiff's Answering Brief in Opposition to Defendant's Motion to Dismiss Plaintiff's Claim for Unjust Enrichment (Count III), Pursuant to Fed. R. Civ. P. 12(b)(6)* (D.I. 7).

3. On March 16, 2005, WorldGate Communications, Inc. filed, *Brief in Reply to Plaintiff's Answering Brief in Opposition to Defendant's Motion to Dismiss Plaintiff's Claim for Unjust Enrichment (Count III), Pursuant to Fed. R. Civ. P. 12(b)(6)* (D.I. 8).

WHEREFORE, undersigned counsel respectfully submits that the Motion to Dismiss has been fully briefed and is ready for decision by the District Court.

Dated: March 18, 2005

Respectfully Submitted,

DRINKER BIDDLE & REATH LLP

/s/David P. Primack
David P. Primack (DE 4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
(302) 467-4200 tel.
(302) 467-4201 fax

Counsel for Defendant,
WorldGate Communications, Inc.