## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITY OF TACOMA<br><br>        Plaintiff<br><br>    v.<br><br>WORLDGATE COMMUNICATIONS, INC.<br><br>      Defendant. | Civil Action No.  05-62 (GMS) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of David F. Abernethy and Matthew Frey to represent WorldGate Communications, Inc. in the above-captioned matter.

Dated: March 21, 2005

/s/David P. Primack
David P. Primack (DE 4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE  19801-1254
(302) 467-4200 tel.
(302) 467-4201 fax

Counsel for Defendant,
WorldGate Communications, Inc.