IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITY OF TACOMA<br><br>　　　　Plaintiff<br><br>　　v.<br><br>WORLDGATE COMMUNICATIONS, INC.<br><br>　　　　Defendant. | Civil Action No.  05-62 (GMS) |

## ORDER GRANTING MOTION FOR THE ADMISSION OF DAVID F. ABERNETHY AND MATTHEW FREY *PRO HAC VICE*

　　IT IS HEREBY ORDERED that counsel's motion for admission of David F. Abernethy and Matthew Frey *pro hac vice* is GRANTED.


Date: _____    _____
　　　　　　　　　　　　　　　　　　Gregory M. Sleet
　　　　　　　　　　　　　　　　　　United States District Judge