# BALICK & BALICK, LLC
## ATTORNEYS AT LAW

SIDNEY BALICK
ADAM BALICK
JOANNE CEBALLOS

711 KING STREET
WILMINGTON, DELAWARE 19801
TELEPHONE (302) 658-4265
TELECOPIER (302) 658-1682
WWW.BALICK.COM

August 24, 2005

**VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:   *City of Tacoma v. WorldGate Communications, Inc.*
            *C.A. No. 05-62-GMS*

Dear Judge Sleet:

     We represent the plaintiff, City of Tacoma. The defendant filed a motion to dismiss one count of the three count complaint on February 25, 2005. We are writing to request a scheduling conference with the Court while the motion to dismiss is under advisement so discovery can proceed in this matter. I am advised by defendant's counsel that the defendant opposes our request for a scheduling conference.

                              Respectfully,

                              Joanne Ceballos

cc:   Clerk of the Court (via hand delivery)
       David P. Primack, Esquire (via hand delivery)
       Matthew Frey, Esquire (via facsimile)