IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITY OF TACOMA<br><br>Plaintiff<br><br>v.<br><br>WORLDGATE COMMUNICATIONS, INC.<br><br>Defendant. | Civil Action No. 05-62 (GMS) |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2005, I electronically filed Answer, Affirmative Defenses, and Counterclaims of WorldGate Communications, Inc. with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

> Adam Balick, Esquire
> Joanne Ceballos, Esquire
> Bifferato, Gentilotti, Biden & Balick P.A.
> 711 King Street
> Wilmington, DE 19801

Dated: October 17, 2005

/s/ David P. Primack
David P. Primack (DE 4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
(302) 467-4200 tel.
(302) 467-4201 fax

Counsel for Defendant,
WorldGate Communications, Inc.