IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITY OF TACOMA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.05-62-GMS |
| | : |
| WORLDGATE COMMUNICATIONS, | : |
| INC., | : |
| | : |
| Defendant. | : |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of William Fosbre to represent plaintiff in this matter.

BIFFERATO, GENTILOTTI, BIDEN & BALICK

Date: 10/26/05

*/s/ Joanne Ceballos*
Adam Balick (DE 2718)
Joanne Ceballos (DE 2854)
711 King Street
Wilmington DE 19801
(302) 658-4265 tel.

Attorneys for Plaintiff
City of Tacoma

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                                  United States District Judge