## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Washington and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for an alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

ELIZABETH A. PAULI
Acting City Attorney

Signed: *William Fosbre*
WILLIAM FOSBRE, WSBA #27825
Assistant City Attorney

Date: 10/26/05

Office of the City Attorney
Department of Public Utilities
Administration Building
3628 South 35th Street
P O Box 11007
Tacoma, WA 98411
(253) 502-8331

MOTION AND ORDER FOR
ADMISSION PRO HAC VICE - 2