## CERTIFICATE OF SERVICE

I, Joanne Ceballos, hereby certify that on the 26th day of October, 2005, a copy of the foregoing Motion for Admission Pro Hac Vice was served by electronic mail on the following counsel for defendant:

David P. Primack, Esquire
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
David.Primack@dbr.com

Matthew Frey
Drinker Biddle & Reath LLP
One Logan Square, 18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996
Matthew.Frey@dbr.com

Joanne Ceballos