# BIFFERATO GENTILOTTI
## BIDEN & BALICK

October 27, 2005

Vincent A. Bifferato, Jr.
Ian Connor Bifferato
Jeffrey M. Gentilotti
Joseph R. Biden, III
Adam Balick
George T. Lees, III
Veronica O. Faust
Joanne Ceballos
David W. deBruin*
David A. Denham
Catherine Zwolak Kilian
Joseph K. Koury
Garvan F. McDaniel
*Admitted in PA & NJ only

Senior Counsel
Sidney Balick
Vincent A. Bifferato
William Swain Lee
Carl Schnee

Email: jceballos@bgbblaw.com
Direct Fax: 302-658-1682
Reply To: 711 King Street

**VIA HAND DELIVERY**

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    City of Tacoma v. WorldGate Communications, Inc.
              C.A. No. 05-62-GMS

Dear Judge Sleet:

      Please find enclosed a final form of Scheduling Order which includes the dates discussed at this morning's scheduling conference. Two dates apparently were not discussed, those for filing an interim status report (paragraph 7) and a status conference (paragraph 8). If the Court would like to receive an interim status report, the parties jointly propose to submit it on March 1, 2006, and have included that date in paragraph 7 of the enclosed form of order. The parties will await Your Honor's advice at to whether and when you wish to schedule a status conference.

                            Respectfully,

                            Joanne Ceballos

Enclosure
cc:    Clerk of the Court (via hand delivery)(w/enc.)
       David P. Primack, Esquire (via electronic mail)(w/enc.)
       Matthew Frey, Esquire (via electronic mail)(w/enc.)

www.bgbblaw.com

1308 Delaware Avenue
Wilmington, DE 19806
Phone: 302 429 1900
Fax: 302 429 8600

200 Biddle Avenue, Suite 203
Newark, DE 19702
Phone: 302 429 1900
Fax: 302 832 7540

711 King Street
Wilmington, DE 19801
Phone: 302 658 4265
Fax: 302 658 1682

701 Rehoboth Avenue
Rehoboth Beach, DE 19971
Phone: 302 227 6600
Toll-Free: 866 618 2433
Fax: 302 227 6778