# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CITY OF TACOMA, a Washington Municipal Corporation, | : : : : | |
| Plaintiff, | : : | |
| v. | : : : | Civil Action No. 05-62-GMS |
| WORLDGATE COMMUNICATIONS, INC., a Delaware Corporation, | : : : | |
| Defendant. | : : | |

## CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the *Answering Brief of Defendant and Counterclaim Plaintiff WorldGate Communications, Inc. In Opposition to Plaintiff's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)* to be served today by first class and electronic mail upon:

Joanne Ceballos, Esquire
Bifferato, Gentilotti, Biden & Balick, P.A.
711 North King Street
Wilmington, DE 19801


Dated: December 2, 2005

/s/ David P. Primack
David P. Primack (DE 4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

Counsel for Defendant,
WorldGate Communications, Inc.

WM\5149\3