## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITY OF TACOMA, a Washington Municipal Corporation,      )<br>     )<br>     )<br>Plaintiff,      )<br>     )<br>v.      )<br>     )<br>WORLDGATE COMMUNICATIONS, INC., a Delaware Corporation,      )<br>     )<br>Defendant.      ) | Civil Action 05-62-GMS |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of John F. Schultz to represent WorldGate Communications, Inc. in the above-captioned matter.

Dated: December 6, 2005

/s/  David P. Primack
David P. Primack (DE 4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE  19801-1254
Telephone: (302) 467-4200
Facsimile:  (302) 467-4201

Counsel for Defendant
WorldGate Communications, Inc.

## ORDER GRANTING MOTION FOR THE ADMISSION
## OF JOHN F. SCHULTZ *PRO HAC VICE*

IT IS HEREBY ORDERED that counsel's motion for admission of John F. Schultz *pro hac vice* is GRANTED.

Dated: _____, 2005

_____
The Honorable Gregory M. Sleet
United States District Judge

WM\5151\1

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the Commonwealth of Pennsylvania, the State of New Jersey and the State of New York, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course for this action.  I also certify I am generally familiar with this Court's Local Rules.

Dated: December 2, 2005

John R. Schultz
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
(215) 963-5385 tel.
(215) 963-5001 fax