IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITY OF TACOMA, a Washington municipal corporation,<br><br>                 Plaintiff,<br><br>    v.<br><br>WORLDGATE COMMUNICATIONS, INC., a Delaware corporation,<br><br>                 Defendant. | C.A. No. 05-62<br><br><br><br>TRIAL BY JURY OF TWELVE DEMANDED |

**ENTRY OF APPEARANCE**

    Please enter the appearance of Michael P. Kelly and Christopher A. Selzer, of McCarter & English, as attorneys for Defendant WorldGate Communications, Inc., in the above-referenced action.

                                    McCARTER & ENGLISH, LLP

                                    Michael P. Kelly (Del. Bar #2295)
                                    Christopher A. Selzer (Del. Bar #4305)
                                    919 North Market Street
                                    Suite 1800
                                    P.O. Box 111
                                    Wilmington, DE 19899
                                    (302) 984-6300
                                    Attorneys for Defendant

Dated: December 23, 2005

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of December, 2005, a copy of the foregoing Entry of Appearance was electronically served upon the following:

> Adam Balick, Esquire
> Joanne Ceballos, Esquire
> Balick & Balick, LLC
> 711 King Street
> Wilmington, DE 19801
> Attorneys for Plaintiff

_____
Michael P. Kelly (Del. Bar #2295)

ME1\5396043.1
WL1: 70959.01