IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CITY OF TACOMA, a Washington : 
municipal corporation, :
:
         Plaintiff, :
:
    v. :   Civil Action No.05-62-GMS
:
WORLDGATE COMMUNICATIONS, :
INC., a Delaware corporation, :
:
         Defendant. :

**NOTICE OF SERVICE OF**
**PLAINTIFF'S INITIAL DISCLOSURES**

I, Joanne Ceballos, hereby certify that Plaintiff's Initial Disclosures were served on the following counsel for Defendant by electronic mail and U.S. mail, postage prepaid:

    Michael P. Kelly, Esquire
    McCarter & English, LLP
    919 North Market Street
    Suite 1800, P.O. Box 111
    Wilmington, DE 19899
    mkelly@mccarter.com

    John F. Schultz, Esquire
    Morgan Lewis & Bockius
    1701 Market Street
    Philadelphia, PA 19103-2921
    john.schultz@morganlewis.com

                         BIFFERATO, GENTILOTTI, BIDEN & BALICK

                         */s/ Joanne Ceballos*
                         Adam Balick (DE 2718)
                         Joanne Ceballos (DE 2854)
                         711 King Street
                         Wilmington DE 19801
                         (302) 429-1900

                         Attorneys for Plaintiff
                         City of Tacoma

Dated: January 4, 2006