IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITY OF TACOMA, a Washington municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>WORLDGATE COMMUNICATIONS, INC., a Delaware corporation,<br><br>Defendant. | C.A. No. 05-62<br><br><br><br>TRIAL BY JURY OF TWELVE DEMANDED |

## NOTICE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of January, 2006, a copy of Defendant and Counterclaim Plaintiff Worldgate Communications, Inc.'s Initial Disclosures was electronically served upon the following:

> Adam Balick, Esquire
> Joanne Ceballos, Esquire
> Balick & Balick, LLC
> 711 King Street
> Wilmington, DE 19801
> Attorneys for Plaintiff

> McCARTER & ENGLISH, LLP
>
> /s/ Michael P. Kelly
> _____
> Michael P. Kelly (Del. Bar #2295)
> Christopher A. Selzer (Del. Bar #4305)
> 919 North Market Street
> Suite 1800
> P.O. Box 111
> Wilmington, DE 19899
> (302) 984-6300
> Attorneys for Defendant and
> Counterclaim Plaintiff
> Worldgate Communications, Inc.