IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITY OF TACOMA<br><br>Plaintiff<br><br>v.<br><br>WORLDGATE COMMUNICATIONS, INC.<br><br>Defendant. | Civil Action No. 05-62 (GMS) |

**NOTICE OF WITHDRAWAL**

Please withdraw the appearance of the undersigned for defendant WorldGate Communications, Inc.

Dated: January 6, 2006

      /s/ David P. Primack
David P. Primack (DE 4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
(302) 467-4200 tel.
(302) 467-4201 fax

-and-

David F. Abernethy
Matthew Frey
DRINKER BIDDLE & REATH LLP
One Logan Square, 18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996
(215) 988-2700 tel.
(215) 988-2757 fax.