## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CITY OF TACOMA, a Washington          :
municipal corporation,
                                      :

            Plaintiff,                :
                                      :

      v.                              :        Civil Action No.05-62-GMS
                                      :

WORLDGATE COMMUNICATIONS,             :
INC., a Delaware corporation,
                                      :

            Defendant.                :


## NOTICE OF SERVICE OF
## PLAINTIFF'S FIRST SET OF INTERROGATORIES
## AND FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS
## TO DEFENDANT

I, Joanne Ceballos, hereby certify that on this 17th day of January, 2006,

Plaintiff's First Set of Interrogatories to Defendant and Plaintiff's First Set of Requests

for Production of Documents to Defendant were served on the following counsel for

Defendant by electronic mail and U.S. mail, postage prepaid:

> Michael P. Kelly, Esquire
> McCarter & English, LLP
> 919 North Market Street
> Suite 1800, P.O. Box 111
> Wilmington, DE 19899
> mkelly@mccarter.com
>
> John F. Schultz, Esquire
> Morgan Lewis & Bockius
> 1701 Market Street
> Philadelphia, PA 19103-2921
> john.schultz@morganlewis.com

BIFFERATO, GENTILOTTI, BIDEN & BALICK

Adam Balick (DE 2718)
Joanne Ceballos (DE 2854)
711 King Street
Wilmington DE 19801
(302) 429-1900

Attorneys for Plaintiff
City of Tacoma

Dated:  January 17, 2006

## CERTIFICATE OF SERVICE

I, Joanne Ceballos, hereby certify that on the 17th day of January, 2006, Plaintiff's First Set of Interrogatories to Defendant and Plaintiff's First Set of Requests for Production of Documents to Defendant, and the foregoing Notice of Service of same, were served on the following counsel for Defendant by electronic mail and U.S. Mail, postage prepaid:

Michael P. Kelly, Esquire
McCarter & English, LLP
919 North Market Street
Suite 1800 P.O. Box 111
Wilmington, DE 19899
mkelly@mccarter.com

John F. Schultz, Esquire
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103
john.schultz@morganlewis.com

_____
Joanne Ceballos