IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CITY OF TACOMA, a Washington municipal corporation, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-62-GMS |
| WORLDGATE COMMUNICATIONS, INC., a Delaware corporation, | : : : | |
| Defendant. | : | |

**STIPULATION OF THE PARTIES TO AMEND DEADLINE FOR**
**EXPERT DISCLOSURES UNDER SCHEDULING ORDER**

Pursuant to the Court's Scheduling Order dated December 19, 2005, unless otherwise agreed to by the parties, the deadline to file initial Federal Rule of Civil Procedure 26(a)(2) disclosures of expert testimony is ninety days before the date for the completion of discovery and the deadline to file supplemental disclosures to contradict or rebut evidence on the same subject matter identified by another party is sixty days before the date for the completion of discovery. The parties herein confirm their agreement that the deadline for disclosure of expert testimony shall be March 24 and the deadline to file supplemental disclosures shall be April 21. The parties also agree to make any supplemental experts available for deposition reasonably promptly after their disclosure to the opposing party and prior to the deadline for filing any objection to expert testimony or dispositive motion.

ME1\5466051.1

| | |
|---|---|
| McCARTER & ENGLISH LLP | BIFFERATO, GENTILOTTI, BIDEN & BALICK |
| By: _____<br>Michael P. Kelly (DE Bar ID #2295)<br>Christopher A. Selzer (DE Bar ID #4305)<br>919 North Market St., St. 1800<br>Wilmington, DE 19801<br>(302) 984-6300 | By: _____<br>Adam Balick (DE Bar ID #2718)<br>Joanne Ceballas (DE Bar ID #2854)<br>711 King Street<br>Wilmington, DE 19801<br>(302) 658-4265 |
| Counsel for Defendant | Counsel for Plaintiff |
| Dated: January 26, 2006 | Dated: 1/26/06 |

ME1\5466051.1