IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CITY OF TACOMA, a Washington municipal corporation, | ) ) ) | C.A. No. 05-62-GMS |
| Plaintiff, | ) ) ) | |
| v. | ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| WORLDGATE COMMUNICATIONS, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of February, 2006, a copy of WorldGate's Objections and Responses to Plaintiff's First Set of Requests for Production of Documents was served by hand delivery upon the following:

    Adam Balick, Esquire
    Joanne Ceballos, Esquire
    Bifferato, Gentilotti, Biden & Balick
    711 King Street
    Wilmington, DE 19801
    Attorneys for Plaintiff

    McCARTER & ENGLISH, LLP

    /s/ Michael P. Kelly
    _____
    Michael P. Kelly (Del. Bar #2295)
    Christopher A. Selzer (Del. Bar #4305)
    919 North Market Street
    Suite 1800
    P.O. Box 111
    Wilmington, DE 19899
    (302) 984-6300
    Attorneys for Defendant and
    Counterclaim Plaintiff
    Worldgate Communications, Inc.

ME1\5408182.1