IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CITY OF TACOMA, a Washington municipal corporation, | ) ) ) ) | C.A. No. 05-62-GMS |
| Plaintiff, | ) ) | |
| v. | ) ) ) | TRIAL BY JURY OF TWELVE DEMANDED |
| WORLDGATE COMMUNICATIONS, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 16th day of February, 2006, a copy of WorldGate's Objections and Responses to City of Tacoma's First Set of Interrogatories was served by hand delivery upon the following:

> Adam Balick, Esquire
> Joanne Ceballos, Esquire
> Bifferato, Gentilotti, Biden & Balick
> 711 King Street
> Wilmington, DE 19801
> Attorneys for Plaintiff

> McCARTER & ENGLISH, LLP
>
> /s/ Michael P. Kelly
>
> ———————————————
> Michael P. Kelly (Del. Bar #2295)
> Christopher A. Selzer (Del. Bar #4305)
> 919 North Market Street
> Suite 1800
> P.O. Box 111
> Wilmington, DE 19899
> (302) 984-6300
> Attorneys for Defendant and
> Counterclaim Plaintiff
> Worldgate Communications, Inc.

ME1\5408182.1