## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CITY OF TACOMA, a Washington municipal corporation, | : | |
| | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.05-62-GMS |
| | : | |
| WORLDGATE COMMUNICATIONS, INC., a Delaware corporation, | : | |
| | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF SERVICE

I, Joanne Ceballos, hereby certify that on this 27th day of February, 2006,

Plaintiff's Answers to Defendant's First Set of Interrogatories and Plaintiff's Responses

to Defendant's First Set of Requests for Production of Documents were served on the

following counsel for Defendant by electronic mail:

Michael P. Kelly, Esquire
McCarter & English, LLP
919 North Market Street
Suite 1800, P.O. Box 111
Wilmington, DE 19899
mkelly@mccarter.com

John F. Schultz, Esquire
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103-2921
john.schultz@morganlewis.com

BIFFERATO, GENTILOTTI, BIDEN & BALICK

Adam Balick (DE 2718)
Joanne Ceballos (DE 2854)
711 King Street
Wilmington DE 19801
(302) 429-1900

Attorneys for Plaintiff
City of Tacoma

Dated: February 27, 2006

## **CERTIFICATE OF SERVICE**

I, Joanne Ceballos, hereby certify that on the 27th day of February, 2006, Plaintiff's Answers to Defendant's First Set of Interrogatories and Plaintiff's Responses to Defendant's First Set of Requests for Production of Documents, and the foregoing Notice of Service of same, were served on the following counsel for Defendant by electronic mail:

Michael P. Kelly, Esquire
McCarter & English, LLP
919 North Market Street
Suite 1800 P.O. Box 111
Wilmington, DE 19899
mkelly@mccarter.com


John F. Schultz, Esquire
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103
john.schultz@morganlewis.com


Joanne Ceballos