## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CITY OF TACOMA, a Washington municipal corporation, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.05-62-GMS |
| | : | |
| WORLDGATE COMMUNICATIONS, INC., a Delaware corporation, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF SERVICE

I, Joanne Ceballos, hereby certify that on this 29th day of March, 2006, Plaintiff's

Second Set of Interrogatories to Defendant and Plaintiff's Second Set of Requests for

Production of Documents to Defendant were served on the following counsel for

Defendant in the manner indicated:

**VIA HAND DELIVERY
AND ELECTRONIC MAIL**
Michael P. Kelly, Esquire
McCarter & English, LLP
919 North Market Street
Suite 1800, P.O. Box 111
Wilmington, DE 19899
mkelly@mccarter.com

**VIA ELECTRONIC MAIL**
John F. Schultz, Esquire
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103-2921
john.schultz@morganlewis.com

BIFFERATO, GENTILOTTI, BIDEN & BALICK

Adam Balick (DE 2718)
Joanne Ceballos (DE 2854)
711 King Street
Wilmington DE 19801
(302) 429-1900

Attorneys for Plaintiff
City of Tacoma

Dated:  March 29, 2006

## <u>CERTIFICATE OF SERVICE</u>

I, Joanne Ceballos, hereby certify that on the 29th day of March, 2006, Plaintiff's Second Set of Interrogatories to Defendant and Plaintiff's Second Set of Requests for Production of Documents to Defendant, and the foregoing Notice of Service of same, were served on the following counsel for Defendant in the manner indicated:

**VIA HAND DELIVERY**
**AND ELECTRONIC MAIL**
Michael P. Kelly, Esquire
McCarter & English, LLP
919 North Market Street
Suite 1800 P.O. Box 111
Wilmington, DE 19899
mkelly@mccarter.com

**VIA ELECTRONIC MAIL**
John F. Schultz, Esquire
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103
john.schultz@morganlewis.com

Joanne Ceballos