**BIFFERATO GENTILOTTI
BIDEN & BALICK**

Vincent A. Bifferato, Jr.
Ian Connor Bifferato
Jeffrey M. Gentilotti
Joseph R. Biden, III
Adam Balick
George T. Lees, III
Veronica O. Faust
Joanne Ceballos
David W. deBruin*
David A. Denham
Catherine Zwolak Kilian
Joseph K. Koury
Garvan F. McDaniel
*Admitted in PA & NJ only

*Senior Counsel*
Sidney Balick
Vincent A. Bifferato
William Swain Lee
Carl Schnee

April 26, 2006

**ELECTRONICALLY FILED**

The Honorable Gregory M. Sleet
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

Email: abalick@bgbblaw.com
Direct Fax: 302-658-1682
Reply To: 711 King Street

Re:    *City of Tacoma v. WorldGate Communications, Inc.*
       C.A. No. 05-62-GMS

Dear Judge Sleet:

   Please find enclosed for the Court's consideration a proposed Stipulated Revised Scheduling Order in the above-referenced matter. As set forth in the Stipulation, the parties had hoped to engage in mediation with Magistrate Judge Thynge before incurring significant expense in discovery. Because Judge Thynge could not schedule mediation until October of this year, the parties have arranged a private mediation to take place this Friday, April 28, 2006. The enclosed Order extends the discovery deadline, which is currently April 28th, to June 7, 2006, and extends the case dispositive motion deadline by only one month, from May 12, 2006, until June 12, 2006. On behalf of both parties, we respectfully request that the Court enter the enclosed Order.

                                                  Respectfully,

                                                  Adam Balick

AB/jz
Enclosure

   cc:   Michael P. Kelly, Esquire (w/enc.)(via electronic mail)
         John F. Schultz, Esquire (w/enc.)(via electronic mail)
         Clerk of the Court

www.bgbblaw.com

1308 Delaware Avenue          200 Biddle Avenue, Suite 203       711 King Street              701 Rehoboth Avenue
Wilmington, DE 19806           Newark, DE 19702                  Wilmington, DE 19801          Rehoboth Beach, DE 19971
Phone: 302 429 1900            Phone: 302 429 1900               Phone: 302 658 4265           Phone: 302 227 6600
Fax: 302 429 8600              Fax: 302 832 7540                 Fax: 302 658 1682             Toll-Free: 866 618 2433
                                                                                               Fax: 302 227 6778