Michael P. Kelly
Managing Partner
mkelly@mccarter.com

McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
tel 302.984.6300
fax 302.984.6399
www.mccarter.com



## McCARTER & ENGLISH
ATTORNEYS AT LAW

May 9, 2006

The Honorable Gregory M. Sleet
U. S. District Court for the
District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE  19801

**Re:  City of Tacoma v. Worldgate Communications, Inc.**
     **C.A. No. 05-00062-GMS**

Dear Judge Sleet:

I am pleased to report that the parties to this case have settled their dispute.  Counsel hope to file soon a Stipulation of Dismissal.

I am available at the Court's convenience to answer any questions Your Honor may have.

Respectfully,

Michael P. Kelly
I.D. #2295

MPK/mrh

cc:    Adam L. Balick, Esq.
       John F. Schultz, Esq.

ME1\5637863.1