## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

July 14, 2006

TO:    Counsel

RE:    City of Tacoma v. Worldgate
         Civil Action No. 05-62 GMS

Dear Counsel:

    Please submit a jointly prepared status report, or a stipulation of dismissal, regarding the above-referenced case no later than July 28, 2006. The status report and/or the stipulation of dismissal should be filed via electronic case filing.

    Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager to Judge Gregory M. Sleet