IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CITY OF TACOMA, a Washington municipal corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>WORLDGATE COMMUNICATIONS, INC., a Delaware corporation,<br><br>               Defendant. | Civil Action No.05-62-GMS |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties to the above-captioned action, through undersigned counsel, that this action is hereby dismissed with prejudice, with each party is to bear his/its own costs and attorney's fees.

_____
Adam Balick, Esquire
Joanne Ceballos, Esquire
BIFFERATO GENTILOTTI
BIDEN & BALICK
711 King Street
Wilmington, DE 19801
(302) 429-1900
Attorneys for Plaintiff

Dated: July 24, 2006

_____
Michael P. Kelly, Esquire
McCARTER & ENGLISH LLP
919 North Market Street
Suite 1800
P.O. Box 1100
Wilmington, DE 19899
(302) 984-6300
Attorney for Defendant

Dated: July 24, 2006